Elizabeth Bowers, formerly known as Elizabeth Bohrer, Appellee, v. Leonard Bernard, Appellant.

Gen. No. 43,940.

opinion filed February 17, 1948; rehearing denied April 5, 1948; released for publication April 5, 1948. John Tone Kelly, for appellant; Herbert J. Theisen, Harry S. Greenstein and Harry F. Brewer, for appellee. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**

Carrol Nees, Appellant, v. Floy Thorson, Appellee.

Gen. No. 9,573.

opinion filed March 8, 1948; released for publication April 5, 1948. Middleton & Middleton, for appellant; Charles E. Carnahan, for appellee. Opinion by PRESIDING JUSTICE WHEAT. **Not to be published in full.**